UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

                                                              NOTICE OF MOTION
                                                              TO ADMIT COUNSEL
                                                              PRO HAC VICE

-------------------------------------------------------X

TO:    Opposing Counsel
          _____
          _____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of _____ and a member in good standing of the Bard(s) of the State(s) of _____, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff/Defendant _____. There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

                                                              Respectfully submitted,

Dated: _____                          _____/s/ Matt Ortiz_____
                                                           Signature of Movant
                                                           Firm Name_____
                                                           Address_____
                                                           _____
                                                           Email_____
                                                           Phone_____