Hon. Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

August 4, 2016

Re: Pre-Motion Conference in *Lofted Coffee LLC v. Lofty Coffee Inc.*, No. 16 Civ. 02146 (E.D.N.Y.)

Judge Mauskopf:

I represent Plaintiff, Lofted Coffee, LLC, in above-captioned case. I write to raise issues that the Court may want to consider at the pre-trial conference should the Court grant one. In particular, Defendants in this case have sued six of Plaintiff's clients for trademark infringement for selling Plaintiff'. *See* Lofty Coffee Inc. v. Stand Coffee, LLC et al., 16 Civ. 03869 (KAM-RML). In light of this, the issues to address may include: (1) whether the actions should be consolidated or coordinated, (2) whether to coordinate any motions to dismiss that the clients may wish to file, and (3) Defendant's schedule for serving the complaints on the entities.

To be clear, the clients have not yet retain me or my law firm but such coordination would seem helpful regardless of who the client retain since such coordination would prevent the waste of the court's time and resources as well as having two judges rule on many of the same legal issues

Finally, I am available anytime for a pre-motion conference except August 25 at 3 p.m. as there is an initial conference schedules in this case before Magistrate Judge Cheryl L. Pollak.

Respectfully,

_____
Matthew Ortiz, Esq.
Lehman LG LLC
47-39 Vernon Blvd.
Long Island City, NY 11101