UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Michael G. Sullivan

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE
1:16-cv-02146

------------------------------------------------------------X

TO:  Opposing Counsel
     David Michael Kasell
     Matthew B. Ortiz

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Pequignot + Myers and a member in good standing of the Bard(s) of the State(s) of Maryland, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff/Defendant Lofty Coffee Inc. There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: August 22, 2016

Signature of Movant
Firm Name Pequignot + Myers
Address 62 Valley Road
Westport, CT 06880
Email msullivan@pmiplaw.com
Phone 203-349-5265