UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOFTED COFFEE, LLC,<br><br>        Plaintiff/<br>        Counterdefendant,<br><br>v.<br><br>LOFTY COFFEE, Inc.,<br><br>        Defendant/<br>        Counterplaintiff. | Civil Action No. 1:16-cv-02146-RRM-CLP<br><br>**COUNTERPLAINTIFF'S REQUEST FOR CERTIFICATE OF DEFAULT** |

### COUNTERPLAINTIFF'S REQUEST FOR CERTIFICATE OF DEFAULT

TO:    DOUGLAS C. PALMER, CLERK OF THE COURT
          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF NEW YORK

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, Defendant and Counterplaintiff Lofty Coffee, Inc. ("Lofty") hereby requests that default be entered against Plaintiff and Counterdefendant Lofted Coffee, LLC ("Lofted" or "Counterdefendant") in the above-captioned civil action for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Michael G. Sullivan.

On July 12, 2016, Lofty filed and served on Lofted its Answer and Counterclaims. Consequently, pursuant to FRCP 12(a)(1)(B), the deadline for Lofted to answer such counterclaims was August 2, 2016.

The time for Counterdefendant Lofted to answer the counterclaims has expired, and

Lofted failed to serve an answer before the deadline. Lofted also failed to file a request for an extension of time in compliance with either Fed. R. Civ. P. 6(b) or the INDIVIDUAL RULES OF JUDGE ROSLYNN R. MAUSKOPF, Rule II.E.

Although Lofted filed a request for a pre-motion conference under Rule III.A.2, such letter was not accompanied by a Rule II.E compliant request for extension of time as required by Rule III.A.3. *See* INDIVIDUAL RULES OF JUDGE ROSLYNN R. MAUSKOPF, RULES II. E., III.A.2, and III.A.3. According to Rule III.A.3, such a request is compulsory. ("[A] party *shall* simultaneously request an extension of its time to answer when a pre-motion conference is requested." (emphasis added)). *Id*. at Rule III.A.3. Moreover, Lofted's letter request for a pre-motion conference is unsupported in law and therefore cannot independently serve as good cause to enlarge the answer deadline under Fed. R. Civ. P. 6(b)(1)(A) (i.e., even if a motion compliant with Rule III.A.3 was filed).

THEREFORE, Counterplaintiff Lofty requests that the Clerk enter default upon the Counterdefendant Lofted in the above-captioned civil action and that a certificate of default be issued. A proposed Certificate of Default is submitted for the Court's convenience.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 18, 2016 | /s/ Michael G. Sullivan |
|  | Michael G. Sullivan |
|  | PEQUIGNOT + MYERS |
|  | 62 Valley Road |
|  | Westport, CT 06880 |
|  | Phone: 202-674-4900 |
|  | Facsimile: 202-328-2219 |
|  | msullivan@pmiplaw.com |

        Matthew A. Pequignot
        *Pro Hac Vice*
        PEQUIGNOT + MYERS
        90 North Coast Highway 101
        Suite 315
        Encinitas, CA 92024
        Phone: 202-328-1200
        Facsimile:  202-328-2219
        mpequignot@pmiplaw.com

        *Attorneys for Defendant/Counterplaintiff Lofty Coffee, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the COUNTERPLAINTIFF'S REQUEST FOR CERTIFICATE OF DEFAULT was filed via the Court's CM/ECF system, thereby effectuating service upon all counsel of record via electronic means.

Dated:  October 18, 2016

/s/ Michael G. Sullivan

Michael G. Sullivan
PEQUIGNOT + MYERS
62 Valley Road
Westport, CT 06880
Phone: 202-674-4900
Facsimile:  202-328-2219
msullivan@pmiplaw.com

Matthew A. Pequignot
*Pro Hac Vice*
PEQUIGNOT + MYERS
90 North Coast Highway 101
Suite 315
Encinitas, CA 92024
Phone: 202-328-1200
Facsimile:  202-328-2219
mpequignot@pmiplaw.com

*Attorneys for Defendant/Counterplaintiff Lofty Coffee, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOFTED COFFEE, LLC,<br><br>    Plaintiff/<br>    Counterdefendant,<br><br>v.<br><br>LOFTY COFFEE, Inc.,<br><br>    Defendant/<br>    Counterplaintiff. | Civil Action No. 1:16-cv-02146-RRM-CLP<br><br>**CERTIFICATE OF DEFAULT** |

**CERTIFICATE OF DEFAULT**

  I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Plaintiff and Counterdefendant Lofted Coffee, LLC has failed to respond to or answer the Counterclaims of Defendant and Counterplaintiff Lofty Coffee, Inc. A certificate of default is hereby entered against Counterdefendant Lofted Coffee, LLC, pursuant to Fed. R. Civ. P. 55(a).

Dated: _____

                       DOUGLAS C. PALMER
                       CLERK OF THE COURT