US MAGISTRATE JUDGE CHERYL L. POLLAK     DATE: 10/25/16

TIME SPENT: _____

DOCKET NO. 16 CV 2146

CASE: Lofted Coffee v Lofty Coffee

___ INITIAL CONFERENCE     ___ OTHER/STATUS CONFERENCE
___ DISCOVERY CONFERENCE     ___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE     ___ TELEPHONE CONFERENCE
___ MOTION HEARING     ___ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

___ COMPLETED     ___ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

RULINGS: Motion to stay discovery is denied without prejudice