UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
─────────────────────────────x

Lofted Coffee, LLC,
a New York Limited Liability Company,

                Plaintiff,

      v.

Lofty Coffee, Inc.,
a California Corporation,

                Defendant.

─────────────────────────────x

**Matthew Ortiz's Motion to Withdraw as Counsel For Plaintiff; [Proposed] Order Granting Motion to Withdraw as Counsel for Plaintiff**
Case: 16-cv-02146-RRM-CLP

**Motion to Withdraw as Counsel as Counsel for Plaintiff**

Pursuant to Local Rule 1.4 and New York Rules of Professional Conduct Rule 1.16, Matthew Ortiz ("Movant") hereby notifies the parties and the Court of his intent to withdraw as counsel *pro hac vice* for Plaintiff, Lofted Coffee, LLC. ("Lofted"). Movant states the following grounds for this motion:

1. The Court granted Movant leave to appear *pro hac vice* in this action pursuant to its July 29th, 2016, Order.

2. Movant has represented Plaintiff, Lofted, as part of his employment at The Lehman Law Group ("Lehman Law"). However, Movant is no longer employed at Lehman Law, and no longer has the adequate means to represent Plaintiff in the matter.

3. Plaintiff is still represented by attorney David Kasell, Esq., who is still an attorney of record in the above captioned case.

4. Parties have a discovery conference scheduled for November 29th, 2016.

5. Movant is not asserting any claims of a retaining or charging lien.

6. Movant's withdraws will not cause any prejudice or delay in this case. All parties have counsel active in their representation, and Plaintiff will not be be burdened by the absence of Movant as counsel *pro hac vice.*

WHEREFORE, Movant Matthew Ortiz respectfully requests that this Court grant him leave to withdraw as counsel *pro has vice* for Plaintiff in the above-captioned matter for the reasons stated herein.

Dated: November 22nd, 2016

_____
Matthew Ortiz, Esq.
7536 184th Street
Fresh Meadows, NY 11366
718.541.0121
matthewortiz3@gmail.com
*Attorney for Plaintiff*

**Certificate of Service**

  I hereby certify that on this date, a true and correct copy of Matthew Ortiz's Motion to Withdraw as Counsel was served on all parties involved in the above captioned case via CM/ECF at mpequignot@pmiplaw.com, msullivan@pmiplaw.com, and dkasellesq@gmail.com.


Dated: November 22nd, 2016

                         /s/ Matthew Ortiz
                         Matthew Ortiz, Esq.
                         7536 184th Street
                        Fresh Meadows, NY 11366
                           718.541.0121
                        matthewortiz3@gmail.com
                          *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
─────────────────────────────────x

Lofted Coffee, LLC,
a New York Limited Liability Company,

        Plaintiff,   **[Proposed] Order Granting Motion to**
               **Withdraw as Counsel for Plaintiff**
    v.           Case: 16-cv-02146-RRM-CLP

Lofty Coffee, Inc.,
a California Corporation,

        Defendant.

─────────────────────────────────x

**[Proposed] Order Granting Motion to Withdraw as Counsel for Plaintiff**

Matthew Ortiz seeks to withdraw as counsel *pro hac vice* for Plaintiff in the above-captioned litigation pursuant toe Local Rule 1.4 and New York Rules of Professional Conduct Rule 1.16. As this court has submitted satisfactory reasoning for withdrawal, and the granting of this Motion will not cause substantial prejudice or delay to any party,

IT IS HEREBY ORDERED that Matthew Ortiz's Motion to Withdraw as Counsel for Plaintiff is Granted, and Matthew Ortiz is hereby terminated as counsel *pro hac vice* in this proceeding.

Dated: _____  By: _____