UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOFTED COFFEE, LLC,<br><br>    Plaintiff/<br>    Counterdefendant,<br><br>v.<br><br>LOFTY COFFEE, Inc.,<br><br>    Defendant/<br>    Counterplaintiff. | Civil Action No. 1:16-cv-02146-RRM-CLP<br><br>[PROPOSED] ORDER GRANTING PRO HAC VICE ADMISSION OF SARAH L. WOODSON |

The Court, having considered the Motion, the amended Motion, and all accompanying documentation to admit counsel, Sarah L. Woodson, *pro hac vice*, hereby grants said motion.

IT IS SO ORDERED.

Dated: 2/17/17

/s/ Cheryl Pollak
_____
Honorable Judge Cheryl L. Pollack

1

[PROPOSED] ORDER
Civil Action No. 1:16-cv-02146-RRM-CLP