The Honorable Cheryl L. Pollak                                              March 2, 2017
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>Lofted Coffee LLC v. Lofty Coffee Inc., Case 1:16-cv-02146-RRM-CLP</u>
              <u>Stipulation for Adjournment of March 6, 2017 Discovery Deadline</u>

Dear Judge Pollak:

      Defendant and counterclaimant Lofty Coffee, Inc. ("Lofty") and Plaintiff and counterdefendant Lofted Coffee LLC ("Lofted") (collectively referred to herein as "the Parties") stipulate to an adjournment of the March 6, 2017 discovery deadline and March 9, 2017 telephone conference in the above-captioned lawsuit ("the Lawsuit"). The following is provided in support of this request:

      1.      On February 13, 2017, in response to a request for clarification of discovery deadlines filed by Lofty (Dkt. No. 59), your Honor issued an electronic Order ("the February 13th Order"), which ordered the response to any outstanding discovery request or interrogatories to be due on March 6, 2017. The February 13th Order also scheduled a telephone conference with your Honor on March 9, 2017 at 2:00 p.m.

      2.      Since the issuance of the February 13, 2017 order the Parties have engaged in settlement discussions.

      3.      On Wednesday, February 22, 2017, the Parties agreed to settlement. The written settlement document is in the process of being signed by the necessary individuals.

      4.      In light of settlement discussions and settlement, the Parties have suspended all efforts with respect to resolving outstanding discovery disputes and responding to outstanding discovery requests.

5.	Upon final resolution of the settlement, the Parties will notify the Court and file a Stipulated Motion for Dismissal.

6.	On March 1, 2017, counsel for Lofted, Mr. Brian Lehman, indicated to Lofty's undersigned counsel that he stipulates to this request for adjournment.

For the foregoing reasons, the Parties request that the currently ordered March 6, 2017 deadline to respond to outstanding discovery requests and the March 9, 2017 telephone conference be adjourned.

|  |  |
|---|---|
| Dated: March 2, 2017 | Sincerely,<br><br>/s/ Sarah L. Woodson<br>Sarah L. Woodson<br>Counsel for Lofty<br>Admitted *Pro Hac Vice*<br>PEQUIGNOT + MYERS<br>90 North Coast Hwy 101, Suite 315<br>Encinitas, CA 92024<br>Phone: 202-328-1200<br>swoodson@pmiplaw.com |