**UNITED STATES DISTRICT COURT**
Eastern District of New York

| | |
|---|---|
| LOFTED COFFEE, LLC,<br><br>                       Plaintiff,<br>v.<br><br>LOFTY COFFEE, INC.,<br><br>                       Defendant. | Civil Action No. 1:16-cv-02146-RRM-CLP<br><br>**STIPULATED MOTION<br>FOR DISMISSAL** |

**STIPULATED NOTICE OF DISMISSAL**

Plaintiff Lofted Coffee, LLC and Defendant Lofty Coffee, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c), hereby jointly move for an order dismissing all claims in this action with prejudice, subject to the terms of that certain agreement entitled "Settlement Agreement" and dated March 9, 2017, with each party to otherwise bear its own costs, expenses, and attorney fees.

Respectfully submitted,

/s/ *Brian Lehman*
Brian Lehman
*Admitted Pro Hac Vice*
Lehman LG LLC
47-39 Vernon Blvd.
Long Island City, NY 11101

*Attorney for* Lofted Coffee, LLC.

/s/Sarah L. Woodson
Sarah L. Woodson
*Admitted Pro Hac Vice*
Pequignot + Myers
90 North Coast Highway 101
Suite 315
Encinitas, California 92024
(202) 328-1200 (telephone)
(202) 328-2219 (facsimile)
Email: swoodson@pmiplaw.com

*Attorney for* Lofty Coffee, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 22nd day of March 2017, a true copy of the Stipulated Motion for Dismissal was served on all counsel of record by the CM/ECF system of the Eastern District of New York, which then sends a notification of such filing to all counsel of record.

Dated: March 22, 2017

                                                                   By: /s/ *Brian Lehman*